JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA– EASTERN DIVISION

| | |
|---|---|
| JACOB J. LYBBERT, an Individual,<br><br>   Plaintiff,<br><br>   v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, a Delaware Limited Liability Company, as Servicer and Authorized Agent of BANK OF AMERICA, N.A., a National Bank; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; Marcia Fudge, as Secretary of the UNITED STATES DEPARTMENT OF HOUSING and URBAN DEVELOPMENT; and DOES 1 through 10, Inclusive,<br><br>   Defendants. | Case No.:  5:22-cv-00924-SPG-KK<br><br>**JUDGMENT GRANTING DEFENDANTS CARRINGTON MORTGAGE SERVICES, LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS COMPLAINT** |

This matter came before the Court on *defendants* Carrington Mortgage Services, LLC and Mortgage Electronic Registration Systems, Inc.'s ("Defendants") Motion to Dismiss Plaintiff's Complaint [Dkt. No. 6] ("Motion"). Having reviewed the Motion, supporting evidence and all related filings, and for the reasons discussed more fully in the Court's Order Granting Defendants' Motion to Dismiss [Dkt. No. 18],

   **IT IS ORDERED** that Defendants are dismissed from this action *with prejudice*.

|   |   |
|---|---|
| 1 | **IT IS FURTHER ORDERED** that **JUDGMENT** is hereby entered in favor of Defendants and against *plaintiff* Jacob J. Lybbert ("Plaintiff") on each and every claim and cause of action in Plaintiff's complaint. |

Dated: October 18, 2022

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE